NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAGUNA HERMOSA CORPORATION (DOING BUSINESS AS RANCHO MONTICELLO RESORT),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5062

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-281, Judge Lynn J. Bush.

---

**ON MOTION**

---

**ORDER**

The United States moves without opposition for a 29-day extension of time, until July 22, 2011, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 2 2011                          /s/ Jan Horbaly
    Date                               Jan Horbaly
                                       Clerk

cc: Thomas C. Nagle, Esq.
    Lane M. McFadden, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 2 2011

**JAN HORBALY**
**CLERK**